FILED
JAN 12 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| RUSSIAN RECOVERY FUND LIMITED, BRACEBRIDGE CAPITAL, L.L.C., Tax Matters Partner, | ) |
| Complainant, | ) Case No. 06-36 T |
| vs. | ) |
| THE UNITED STATES, | ) |
| Respondent. | ) |

**NOTICE OF DIRECTLY RELATED CASES**

Pursuant to Rule 40.2(a) of the Rules of the United State Court of Federal Claims, Bracebridge Capital, L.L.C., files this Notice of Directly Related Cases, and in support thereof states the following:

1. On January 10, 2006, Russian Recovery Advisors, L.L.C. ("Russian Advisors") filed a Complaint for Readjustment of Partnership Items as the Tax Matters Partner ("TMP") for Russian Recovery Fund Limited ("RRF") for the tax year ended December 31, 2000. The name of this case is Russian Recovery Fund Limited, Russian Recovery Advisors, L.L.C., Tax Matters Partner vs. The United States, and its docket number is 06-30T.

2. Also on January 10, 2006, Russian Advisors filed a second Complaint for Readjustment of Partnership Items as the TMP for RRF for the tax year ended December 31, 2001. The name of this case is Russian Recovery Fund Limited, Russian Recovery Advisors, L.L.C., Tax Matters Partner vs. The United States, and its docket number is ______. Both cases involve the same parties and are based on the same or

similar claims, insofar as both cases relate to the proper tax treatment of partnership items in RRF that were allocated to the same partner, FFIP, L.P.

3. On January 12, 2006, Bracebridge Capital, L.L.C. ("Bracebridge") filed a protective Complaint for Readjustment of Partnership Items as the subsequently designated TMP for RRF for the tax year ended December 31, 2000. The name of this case is Russian Recovery Fund Limited, Bracebridge Capital, L.L.C., Tax Matters Partner vs. The United States, and its docket number is ________ ________ ________. This action and the first action are identical except that this action was filed by a subsequently designated Tax Matters Partner should the Court determine that Russian Advisors is not the proper TMP under the federal tax laws. Both cases involve the same parties and are based on the same or similar claims.

4. Also on January 12, 2006, Bracebridge filed a second protective Complaint for Readjustment of Partnership Items as the subsequently designated TMP for RRF for the tax year ended December 31, 2000. This action is directly related to the third action and the second action, and indirectly related to the first action.

5. This action and the third action involve the same parties and are based on the same or similar claims, insofar as both cases relate to the proper tax treatment of partnership items in RRF that were allocated to the same partner, FFIP, L.P. In addition, this action and the second action are identical except that this action was filed by a subsequently designated Tax Matters Partner should the Court determine that Russian Advisors is not the proper TMP under the federal tax laws.

6. Assignment to a single judge, and consolidation of the four actions, is likely to conserve judicial resources and promote an efficient determination of the actions.

**THEREFORE**, Bracebridge respectfully requests that those four actions be consolidated and assigned to the same judge.

Respectfully submitted,

BRACEBRIDGE CAPITAL, L.L.C.,
Tax Matters Partner for RUSSIAN
RECOVERY FUND LIMITED
By its attorneys,

Loretta R Richard

Stephen E. Shay
Loretta R. Richard
John H. Ray, III
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

Dated: January 12, 2006