# In the United States Court of Federal Claims

No. 06-36T
(Filed: February 16, 2006)

* * * * * * * * * * * * * * * * * * * * * * * *
RUSSIAN RECOVERY FUND LIMITED.
BRACEBRIDGE CAPITAL, L.L.C., Tax
Matters Partner,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pending is plaintiffs' February 7, 2006 motion to withdraw a page inadvertently appended to exhibits to the complaint in this action. Plaintiffs ask the court to withdraw from all files, records and databases maintained on behalf of the court, including but not limited to any electronic files, records and databases, and in particular the PACER System, the last page of the exhibit to the complaint in this action. The motion is granted. Accordingly, the following is ORDERED:

The clerk of court shall take the necessary action to remove the last page of Exhibit B to the complaint in accordance with plaintiffs' motion.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge