IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Bruggink)
No. 06-36 T

RUSSIAN RECOVERY FUND LIMITED,
BRACEBRIDGE CAPITAL, L.L.C.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

REQUEST FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the defendant respectfully moves for an enlargement of time of 60 days from March 13, 2006, to May 12, 2006, within which to file defendant's answer or other response to plaintiff's complaint. Plaintiff does not object to the requested 60-day extension. This is the first such enlargement requested.

In support of this motion, the defendant states the following:

Plaintiff filed its complaint in this matter on January 12, 2006. The defense recommendation by the Office of Chief Counsel of the Internal Revenue Service has been requested and files necessary to reply to plaintiffs' complaint have been ordered, but the Service has informed defendant's trial counsel that the administrative materials necessary to respond to

that complaint have not yet been received by the Office of Chief Counsel attorney assigned to prepare the defense recommendation in this matter. Accordingly, additional time is required to allow for the receipt of the files and for preparation of the defense recommendation. Further, due to the nature of the issues in the case, various branches of the Office of Chief Counsel must coordinate in preparing the recommendation.

The additional time is requested to permit coordination of the defense recommendation in the Office of Chief Counsel, for the Department of Justice to receive and review the Service's defense recommendation and administrative materials, and to prepare the government's response to plaintiffs' complaint.

WHEREFORE, the defendant prays that its motion for an 60-day extension of time to respond to plaintiffs' complaint be allowed.

Respectfully submitted,

s/ David R. House

DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366
(202) 540-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims