***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| RUSSIAN RECOVERY FUND LIMITED,<br>BRACEBRIDGE CAPITAL, L.L.C.,<br>TAX MATTERS PARTNER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **No. 06-36 T**<br>**( Judge Eric G. Bruggink)** |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Robert J. Higgins, Esquire, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Robert J. Higgins, Esquire, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

April 18, 2006

s/Robert J. Higgins
Robert J. Higgins, Esquire
U. S. Department of Justice Department (Tax)
Court of Federal Claims Section
(202) 307-6580
(202) 514-9440 (Fax)
Robert.J.Higgins@usdoj.gov